IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08 CV 7137 |
| ) | |
| v. ) | Judge Lindberg |
| ) | Magistrate Judge Keys |
| LANCO CORPORATION, ) | |
| STARLINE USA, INC., and ) | |
| CALIBRE INTERNATIONAL, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR
## ENTRY OF CONSENT JUDGMENT

NOW COME plaintiff, GLJ, LLC d/b/a O2-Cool ("O2-Cool"), and defendant, Lanco Corporation ("Lanco"), by and through their counsel, and respectfully move this Court to enter their revised Consent Judgment, a copy of which is attached hereto as Exhibit A.

O2-Cool and Lanco have agreed to resolve their differences by way of a consent judgment. Lanco has agreed to cease all unauthorized sales of products that O2-Cool contends infringe the claims of U.S. Patent No. 5,843,344 and has agreed to the entry of a consent judgment acknowledging that U.S. Patent No. 5,843,344 is valid. In addition, the consent judgment provides for entry of an

injunction against future acts of infringement by Lanco of U.S. Patent No. 5,843,344.

In an order dated June 5, 2009, this Court denied the parties motion because the Consent Judgment indicated that the case was being dismissed with prejudice with this Court retaining jurisdiction to enforce the judgment. The parties have removed the latter language and believe that the Consent Judgment is now in the proper condition.

WHEREFORE, in view of the foregoing, O2-Cool and Lanco request entry of the attached Consent Judgment.

Respectfully submitted,

/s/ Kathleen A. Lyons
KEITH V. ROCKEY (ID #02360624)
KATHLEEN A. LYONS (ID #06186939)
 Rockey, Depke & Lyons, LLC
 Sears Tower, Suite 5450
 233 South Wacker Drive
 Chicago, Illinois 60606
 Telephone: (312) 277-2006
 Facsimile: (312) 441-0570

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT was served via e-mail on this 8th day of June, 2009 on the following counsel for defendant, Lanco Corporation:

>Charles W. Fallow, Esq.
>Shoemaker and Mattare
>10 Post Office Road, Suite 100
>Silver Spring, Maryland 20910
>cfallow@shomat.com

>/s/ Kathleen A. Lyons
>One of Plaintiff's Attorneys